ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2013

at 10 o'clock and 15 min. A M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney

LESLIE E. OSBORNE #3740
Chief, Fraud and Financial Crimes Section

CYNTHIA W. LIE
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 440-9227
Facsimile: (808) 541-2958
Cynthia.lie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>YEN CHANG SU,<br><br>                    Defendant. | CR. NO. CR13 01013 HG<br><br>INFORMATION<br>31 U.S.C. § 5332 |

## INFORMATION

COUNT 1 - 31 U.S.C. § 5332 - Bulk Cash Smuggling

The United States Attorney charges that:

1

1.    On or about August 13, 2013, in the District of Hawaii, defendant YEN CHANG SU knowingly and intentionally with intent to evade the currency reporting requirements under Title 31, United States Code Section 5316(a)(1)(A) and 5316(b), conceal more than $10,000 in currency, to wit: approximately $100,000.00 in United States currency, on his person and in articles of luggage and other containers, and attempt to transport and transfer such currency from a place in the United States to a place outside the United States.

All in violation of Title 18, United States Code, Sections 5332(a) and 5332(b).

FORFEITURE ALLEGATION
(31 U.S.C. § 5332(b)(2))

The Grand Jury further charges that:

2.    As a result of committing the offenses alleged in Count One, YEN CHANG SU, if convicted, shall forfeit to the United States, pursuant to 31 U.S.C. § 5332(b)(2), any property, real or personal, involved in the offense, and any property traceable to such property, including but not limited to $100,000.00 in United States currency.

3.    If any of the property described above, as a result of of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

3

DATED: October 30, 2013 at Honolulu, Hawaii


FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii



LESLIE E. OSBORNE
Chief, Fraud and Financial Crimes Section



CYNTHIA W. LIE
Assistant U.S. Attorney


United States v. Yen Chang Su
Cr. No.
INFORMATION   CR13  01013 HG

4