FLORENCE T. NAKAKUNI     #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.   #3740
Chief, Criminal Division

CYNTHIA W. LIE
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Cynthia.Lie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 13-01013 HG |
|---|---|---|
| Plaintiff, | ) ) ) | SENTENCING STATEMENT OF THE UNITED STATES; |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| YEN CHANG SU, | ) ) | Date: June 16, 2014 |
| Defendant. | ) ) | Time: 11:00 a.m. Judge: Helen Gillmor |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has no objections to this draft presentence report.

DATED: April 30, 2014, Honolulu, Hawaii.

    Respectfully Submitted,

    FLORENCE T. NAKAKUNI
    United States Attorney
    District of Hawaii

By  /s/ Cynthia W. Lie
    CYNTHIA W. LIE
    Assistant U.S. Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-01013 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| YEN CHANG SU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

    ROBERT DARREN CORNFORTH, ESQ.
    rdcornforth@yahoo.com

    Attorney for Defendant
    YEN CHANG SU

Served by Hand-Delivery:

    U.S. Probation Office
    ATTN: Dan H. Umemoto
    300 Ala Moana Boulevard, Room 2-300
    Honolulu, HI 96850

    DATED: April 30, 2014, Honolulu, Hawaii.

                                        /s/ Erica Wong
                                        U.S. Attorney's Office
                                        District of Hawaii