1 | R. DARREN CORNFORTH (State Bar No. 201919)
LAW OFFICES OF R. DARREN CORNFORTH
2 | 3303 Del Mar Ave., Ste. B
Rosemead, California 91770
3 | Telephone: (626) 280-6000
Facsimile: (626) 280-3333
4 |
Attorney for Defendant,
5 | YEN CHANG SU

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF HAWAII

10

11 | UNITED STATES OF AMERICA,  )  Case No.: 1:13 CR–01013-HG
                                )
12 |                  Plaintiff,     )  DEFENDANT YEN CHANG SU'S
                                )  OBJECTIONS TO PRESENTENCE
13 | vs.                          )  REPORT AND SENTENCING
                                )  POSITION; CERTIFICATE OF
14 | YEN CHANG SU,                )  SERVICE
                                )
15 |                  Defendant.     )
   ——————————————————————————  )  Date:  June 16, 2014
16 |                                 Time:  10:00 A.M.
                                    Place: Courtroom of the Honorable
17 |                                        Helen Gillmor, United States
                                           District Judge
18

19

20 |       TO THE HONORABLE HELEN GILLMOR, JUDGE OF THE UNITED STATES

21 | DISTRICT COURT:

22 |       Defendant, YEN CHANG SU, by and through his attorney of record, R. Darren Cornforth,

23 | hereby submits his objections to the presentence report and sentencing position.

24 | ///

25

26

27

28

1

# I.

## INTRODUCTION

On November 25, 2013, Defendant Su pled guilty to a single count Information. Count 1 of the Information charges a violation of 31 U.S.C. §5332, bulk cash smuggling.

### 1. Plea Agreement

Defendant Su pled guilty pursuant to a written plea agreement which reflects the parties stipulated guideline factors. The parties agreed that the base offense is level 6 pursuant to U.S.S.G. § 2S1.3. Pursuant to U.S.S.G. §2B1.1(b)(1)(E), 8 levels are added because the defendant attempted to smuggle more than $70,000 but less than $120,000. Pursuant to U.S.S.G. §2S1.3(b)(1), add 2 levels if the offense involved bulk cash smuggling. The government agreed to a 3 level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. 3E1.1. Finally, the government agreed to recommend the defendant be sentenced at the low end of the applicable sentencing guideline range.

### 2. Presentence Report

On or about April 24, 2014, counsel for Defendant Su obtained the United States Probation Officer's pre-sentence report. The probation officer calculated the defendant's total offense level at level 13 and a criminal history category of 1.

### 3. Objections to Presentence Report

In paragraph 68 of the Presentence Report, the probation officer states the 18 U.S.C. §3553 factors do not warrant a below guideline sentence. As set forth below, this case does present circumstances for the Court to make a finding that a probationary sentence is warranted.

///

## II.

### 18 U.S.C. §3553(a) FACTORS RELEVANT IN THE INSTANT CASE

Defendant submits the following factors to be considered by the Court in fashioning a fair and just sentence in this case pursuant to 18 U.S.C. §3553(a):

1.  <u>Nature and Circumstances of the Offense</u>

Yen Chang Su is 26 years old. He graduated from Hawaii Pacific University in 2012 with a Bachelor of Science in Business Administration Finance (Please see Diploma attached hereto as Exhibit "A"). He subsequently, borrowed approximately $160,000 from his grandmother in Taiwan to start a business in Honolulu. He opened an establishment called Taste Tea. The location serves bubble tea (a milk/tea drink that originated in Taiwan). The business was and currently is a success. Within six months, the business generated over $100,000 in cash sales. On August 13, 2013, Mr. Su was at the Honolulu airport on his way to Taiwan to visit his grandmother. He concealed $100,000 in cash on his person. The money was destined for his grandmother to repay part of her loan. He did not declare that he was carrying over $100,000 in U.S. currency out of the country.

2. <u>History and Characteristics of the Defendant</u>

Section 3553(a)(1) also states that the Court shall consider the "history and characteristics of the defendant."

Mr. Su was born in Taiwan. At the age of 5, his father died in a car crash. His mother thereafter took him to live on a religious cult-like commune in Belize and then to a commune in Washington. At the age of 12, he and his mother returned to Taiwan. At that time, he did not want to live the type of life his mother chose. He decided to live with his paternal grandmother, whom he is very close to. (Please see his grandmother's letter attached hereto as Exhibit "B") In her letter, she expounds upon his good qualities as a caring and thoughtful grandchild.

He graduated high school in Taiwan in 2008. He was in the Taiwanese military for a period of six months but was honorably discharged due to a back injury he sustained while a child. In 2009, he enrolled in Hawaii Pacific University. He completed his undergraduate degree studies in 2012. He currently is in the Masters of Business Administration program at Hawaii Pacific University

1    where he consistently attains high marks (Please see recent transcript attached hereto as Exhibit "C")

2         At the end of 2012, he married Nien-Chen Tsai. She is currently attending language school in

3    Honolulu. They have a strong relationship. They are very supportive of each other's endeavors.

4    (Please see her letter attached hereto as Exhibit "D") His wife describes him as a responsible

5    husband and loyal grandson. He cares about his family and friends.

6         Furthermore, he is extremely remorseful over his conduct and the impact his actions have had

7    on his own family. (Please see his letter attached hereto as Exhibit "E") He wanted to return a

8    substantial portion of the money he borrowed from his grandmother to show her that he had become

9    a success, that her financial and emotional support throughout his life had concrete results. The

10   reality is that his grandmother loves and supports him no matter what. The facts that he is a good

11   person, has an outgoing personality, has been a dedicated student and a good husband are all

12   character traits that any parent or grandparent would be proud of.

13        Finally, from the beginning of this prosecution, he has accepted responsibility for his criminal

14   conduct. He immediately, as part of the plea agreement, agreed to forfeit the $100,000 that he did

15   not declare at the airport on his way to Taiwan. Mr. Su is a young man who is deserving of a second

16   chance.

17        3.    Need for the Sentence Contemplated

18        Section 3553(a)(2) states that the Court, when considering what sentence to impose, shall

19   consider the "need for the sentence imposed." In this regard, the statute states that these factors shall

20   include the need:

21             (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide

22             just punishment for the offense;

23             (B) to afford adequate deterrence to criminal conduct;

24             (C) to protect the public from further crimes of the defendant; and

25             (D) to provide the defendant with needed educational or vocational training, medical care, or

26             correctional treatment in the most effective manner.

27        Applying these considerations defendant submits a probationary sentence is appropriate with

28   a combination of home confinement and community service. Mr. Su has just completed his first year

4

in business school at Hawaii Pacific University. He has a successful ongoing business that employs 17 young people (verified by Probation). He is a productive member of the Honolulu community. He has the entrepreneurial aptitude to start more businesses and further generate employment opportunities for other young people. A term of incarceration would only serve to stifle his education and business ventures. Further, he is a citizen of Taiwan. A term of incarceration could result in deportation.

Defendant submits that his early plea and admission of guilt, his contributions to his community, his forfeiture of $100,000 in proceeds from his own business and his bright future warrant this proposed sentence.

## III.

### CONCLUSION

Defendant requests this Court to consider this Sentencing Memorandum in fashioning a fair and just sentence.

Defendant submits this sentencing recommendation provides just punishment for the offense, promotes respect for the law, affords adequate deterrence from further crimes and offers the defendant adequate rehabilitation.

Dated: May 5, 2014                    Respectfully submitted,


                                      /s/ R. Darren Cornforth
                                      R. DARREN CORNFORTH
                                      Attorney for Defendant,
                                      YEN CHANG SU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27            EXHIBIT "A"
28

# Hawai'i Pacific University

Honolulu, Hawaii

Upon recommendation of the faculty and by virtue of the authority vested
by the laws of the State of Hawaii, the Board of Trustees of the University
confers upon

## Yen-Chung Su

the degree of

## Bachelor of Science in Business Administration

### Finance

Together with all the rights, privileges and honors appertaining thereto.

Given this month of August, two thousand twelve.

Chairman, Board of Trustees



President

EXHIBIT "B"

Dear Honorable Judge,

I am Yen Chang Su's grandmother. Yen Chang's father died in a car accident when Yen Chang was young. Yen Chang's mother has been busy with her own life, so Yen Chang lived with me when he was little.

Yen Chang is the closest grandchild to me. He respects me and listens to me very well while he was living with me. He has good behavior and he is a hard- studying child

Among of all my grandchild, Yen Chang is a mature and caring person. He cares about family members. He would take care of me all night long when I was ill. I remember he slept on the couch in order to keep an eye on me when I am in bad  physical condition. He always tried to spend time having dinner with me and talking to me.

While he studied in the US, he called me by phone. He promised me that he would take care of me and spend more time with me in the future . As his grandmother, I miss him so much. I beg Your Honor to show some mercy and give my grandson a second chance. Thank you.

Liu Hua Su

---

### Certificate of Translation

I, Diana Kui, certify that I am fluent in English and Mandarin Chinese, and that the above is an accurate translation of the attached document.

Date:  5 | 5 | 2014

Signature:  Diane

法官大人您好：

　　我是蘇彥彰的奶奶，彥彰從小爸爸就車禍過世，由於媽媽忙於自己的工作，所以彥彰從小就跟我一起生活。

　　彥彰是我所有孫子裡面跟我最親近的，可能從小就缺乏父母親的照顧，所以他特別聽我的話。他不像其他同年齡的孩子一樣，缺乏父母的管教會有行為偏差，他反而是個乖巧用功的孩子。

　　相較於其他小孩，彥彰的心智成熟許多，懂得陪伴家人，懂得怎麼做才不會讓我傷心，每當我身體不舒服或生病時，他總是不顧一切徹夜照顧我，甚至是睡在我房間的沙發上就為了不讓我有任何閃失。這孩子怕我孤單，每天總是會陪我吃晚餐，他的貼心我都看在眼裡。

　　長大出國後念書也不忘時常打電話回來陪我聊天，他立志有朝一日要讓我過好日子，賺錢帶我遊山玩水，但是這些我都不要，只希望他能夠安穩快樂就好，因為奶奶我永遠都支持他。這小孩本性真的不壞，希望法官大人能夠網開一面給我們彥彰一次機會。

　　　　　　　　　　　　　　孫媳婦蔡頻代筆　芬劉花

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                        EXHIBIT "C"
28

Dear Honorable Judge,

I am Yen Chang Su's wife. We met each other in June, 2010. He is a responsible husband and a loyal grandson. He is very caring and mature . He works very hard to provide a better life for us. To him, family is important than anything else.

His grandmother played a very important role in his life. He was raised by his grandmother. He respects and loves his grandmother very much. She gave him a lot of support and love. She supported him to go abroad to study. She has helped him make his dreams come true. All he did was to make his grandmother proud.

After graduating from college, he opened a Taste Tea. His grandmother provided him financial support to open the business. He promised her he would work very hard and earn money to pay her back.

When his tea house business was getting better and better, he shared his happiness with his grandmother first.

I understand that he broke the law. I hope that Your Honor can consider his circumstances and give him a lower sentence.

Sincerely,

Qi Sun

---

## Certificate of Translation

I, Diana Kui, certify that I am fluent in English and Mandarin Chinese, and that the above is an accurate translation of the attached document.

Date: _5/5/2014_

Signature: _____

法官大人你好，我是蘇彥彰的太太。

我們兩個在 2010 年 6 月份認識，8 月底正式交往，至今相處也有快四年了。

從認識到現在，他對我來說，是個非常負責任的人，也非常孝順。跟他相處的過程中，我真的學到了許多，他擁有的想法不是一般年輕人所想的，在心理層面上就成熟許多許多。他做事情有頭有尾，從來都不是為了自己，而往往都是為了他最最保護的家人。甚至家人對他來說，比甚麼東西都還要重要吧。其中奶奶是他心目中最重要的人。

奶奶是一手把他帶大的，可以說奶奶就是他的媽媽，甚至是比一般小孩子對媽媽的那種敬愛還要來的多更多。他最聽奶奶的話，他做甚麼事奶奶都很支持他，從小到大奶奶給了他很多很多東西，這東西不僅僅是物質上的，在為人處事中，蘇彥彰也在奶奶那學到了許多。從一般小孩子奢求出國留學的夢想，奶奶也逐一幫他完成。他知道，他這一生中不能沒有奶奶，他想要做一番事業讓奶奶為他驕傲，他所做出的決定往往都是出發於對奶奶的孝心。

在他人生轉折點中，他開創了屬於自己的事業，但為了開創事業他需要金錢上的資源，而奶奶也一直是最最支持他的人。他不像一般人一樣，揮霍金錢，而是真的實現他跟奶奶所承諾的。

Taste Tea
茶館的事前準備工作花費了不少時間跟金錢，而金錢上全都是由奶奶所支出。對於奶奶的那種無私付出，他也發願一定要成功，讓奶奶開心驕傲。

茶館開幕後，生意越來越好，開心的是，他終於可以大聲跟奶奶說他成功了。他賺錢第一件事並不是為自己買東西，而是想把錢存起來拿回去歸還給奶奶，因為他知道這些錢是屬於奶奶的。

我知道他在金錢上有不當的行為，導致現在正面臨官司上的糾紛，但他所做的一切完全是出至於他對奶奶的一片孝心，他想在奶奶還健康之前，成功地跟奶奶一起分享這喜悅。他並沒有拿這些錢做壞事，而是單純的想拿回家歸還給奶奶，這樣單純的年輕人，我希望法官大人可以再給他一次機會。

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27        EXHIBIT "D"
28

# Final Grades

@02866289 Yen-Chang Su
Fall 2013
May 01, 2014
08:10 pm

### Student Information

**Current Program**

Master of Business Admin

| | |
|---|---|
| **Level:** | Graduate |
| **Program:** | Master of Business Admin |
| **Admit Term:** | Fall 2013 |
| **Admit Type:** | Standard |
| **Catalog Term:** | Fall 2013 |
| **College:** | College of Business Admin |
| **Major:** | Master of Business Admin |
| **Academic Standing:** | |

### Graduate Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 1795 | BUS | 5100 | A | Intro. to Acct. and Finance | Downtown Honolulu Campus | B | 3.000 | 3.000 | 3.000 | 9.00 |
| 2252 | MGMT | 6020 | B | The Reg & Ethic Environ of Bus | Downtown Honolulu Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 1154 | MKTG | 6000 | B | Mktg Strategy for Managers | Downtown Honolulu Campus | A- | 3.000 | 3.000 | 3.000 | 11.10 |

### Graduate Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 9.000 | 9.000 | 9.000 | 32.10 | 3.56 |
| **Cumulative:** | 9.000 | 9.000 | 9.000 | 32.10 | 3.56 |
| **Transfer:** | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 9.000 | 9.000 | 9.000 | 32.10 | 3.56 |

Select Another Term

RELEASE: 8.4

SITE MAP

# Printable Schedule

@02866289 Yen-Chang Su
Spring 2014
May 01, 2014
08:09 pm

This page lists the classes for which you are registered for the term. All of the detail information about the class is included. Click here to print

| Name: | Yen-Chang Su | | Address: | 419 Atkinson dr No 906 |
|---|---|---|---|---|
| Classification: | | | | |
| | | | | Honolulu, Hawaii 96814 |
| | | | | Island of Oahu |
| | | | | United States of America |
| Level: | Graduate | | | |
| College: | College of Business Admin | | | |
| Major: | Master of Business Admin | | | |
| | College of Business Admin | | | |

| CRN | Course | Title | Campus | Credits | Level | Start Date | End Date | Days | Time | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1807 | ECON 6000 BW | Economics for Business | Downtown Honolulu Campus | 3.000 | GR | Jan 21, 2014 | May 11, 2014 | M | 5:15 pm - 8:30 pm | Model Progress 412 | Laney |
| 1056 | FIN 6000 B | Financial Mgmt and Strategy | Downtown Honolulu Campus | 3.000 | GR | Jan 21, 2014 | May 11, 2014 | W | 12:55 pm - 3:50 pm | Frear Center 102A | Zhu |
| 3047 | IS 6005 A | Information System Management | Downtown Honolulu Campus | 3.000 | GR | Jan 21, 2014 | May 11, 2014 | T | 12:30 pm - 3:25 pm | Frear Center 110 | Rossi |
| | | | **Total Credits:** | **9.000** | | | | | | | |

Student Detail Schedule    Student Schedule by Day & Time (Grid)    Student Detail Schedule

RELEASE: 8.4

SITE MAP

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                              EXHIBIT "E"
28
```

April 16, 2014

Your honor,

I am writing this letter to explain the reason why on August 13, 2013 I chose to carry $100,000 out of the United States to Taiwan. The money I concealed on me was the profit from my business called Taste Tea, Inc. which I started in February of 2013. Taste Tea is a café that specializes in Taiwanese bubble drinks which was a huge success as soon as we opened our doors. The money that was invested into the business was from my paternal grandmother. My father passed away in Taiwan when I was seven years old. Since then, my grandmother has financially supported my mother and I. She encouraged me to pursue what I want to do and what I think will benefit me.

The initial capital investment to start Taste Tea, Inc. was about $160,000. After six months, the business was able to generate about $100,000 in cash sales. I wanted to return the money that was given to me by my grandmother. The main reason I chose to conceal the money was the urge of returning the money to my grandmother to let her know that her grandson is doing really well in life and is a successful entrepreneur.

As background, in 2008, I came abroad to study at Hawaii Pacific University. In 2012, I earned a bachelor degree in business with 3.17 GPA. My grandmother paid for the tuition and my living expenses.

I take responsibility for my actions. I have agreed to forfeit the $100,000 that was concealed on my body. My eagerness to make my family proud and to show my success has brought my family worry and concern. I am truly sorry for the decision that I made as I had no intention to hurt anyone. The incident will be a lifetime reminder for me to always do the right thing and not try to outsmart judicial system.

I am now in my first year of graduate school in the MBA program at Hawaii Pacific University. I am a young man that made a bad decision in life. All I wish for is a chance to redeem myself and have the opportunity to prove that I am a good young man who can make the right decisions in life.

Sincerely,

Yen Chang Su       04/16/2014

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>YEN CHANG SU,<br><br>   Defendant. | ) **Case No.: 1:13 CR–01013-HG**<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 5, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrant: CYNTIHIA W. LIE, Assistant United States Attorney. I also emailed the document to U.S. Probation, Attention: Dan H. Umemoto at podumemoto@hip.uscourts.gov.

Dated: May 5, 2014        Respectfully submitted,


             /s/ R. Darren Cornforth
             R. DARREN CORNFORTH
             Attorney for Defendant,
             YEN CHANG SU